UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADALYN M. SOULLIERE,

        Plaintiff,

                                             Case No. 06-CV-14765
vs.                                        HON. GEORGE CARAM STEEH

WARREN POLICE DEPARTMENT.

        Defendant.
_____/

ORDER DENYING MOTION FOR RECONSIDERATION (#4)

Plaintiff Madalyn Soulliere, appearing pro per, moves for reconsideration of this court's October 26, 2006 Order granting her IFP status and dismissing her claims as frivolous and for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). Soulliere's motion for reconsideration merely presents the same issues ruled upon by the court, and fails to demonstrate palpable error. See Eastern District of Michigan Local Rule 7.1(g)(3). Accordingly,

Soulliere's motion for reconsideration is hereby DENIED.

SO ORDERED.

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 2, 2006

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 2, 2006, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk